# **EXHIBIT 13**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

109 AVE HOLDING CORP.,

Debtor.

Case No. 8-23-70614-REG

Chapter 7

Hon. Robert E. Grossman

## ORDER DISMISSING CASE

Upon the motion by WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF VFS NEPENTHE TRUST ("Secured Creditor" or "Movant"), filed on March 28, 2023 (ECF 11) (the "Motion"), for an order, dismissing this matter as a legal nullity on the grounds that a corporate debtor cannot proceed *pro se*, and/or pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2), vacating the automatic stay imposed by 11 U.S.C. § 362(a) as to the Secured Creditor's rights and interest in the property known as and located at as 30 Redmond Ave, Bay Shore, New York 11706, District 0500, Section 342.00, Block 01.00, Lot 071.000 (the "Property") and permitting the Secured Creditor to enforce its rights and exercise its remedies with respect to the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Debtor, 109 Ave Holding Corp. (the "Debtor") failing to oppose the Motion; and the Court having held a hearing on the Motion on April 24, 2023, with no appearance by the Debtor; and upon the foregoing papers, all of the exhibits and attachments thereto; upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby:

**ORDERED** that the instant Chapter 7 case is dismissed.

SO ORDERED:

Dated: Central Islip, New York
April 26, 2023



Robert E. Grossman
United States Bankruptcy Judge