# EXHIBIT 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

    109 Ave Holding Corp.,                           823-72059-reg

                        Debtor.                           Chapter 11
-----------------------------------------------------------X

## ORDER DISMISSING THIS CHAPTER 11 CASE

        WHEREAS, pursuant to the Court's Notice of Defective or Deficient Filing-Chapter 11 Non-Individual dated June 8, 2023 ("Notice"), whereby the above referenced debtor was directed to retain counsel of record by June 22, 2023 failing which the Court would convert or dismiss the debtor's case at the hearing on June 28, 2023 ("Hearing"); and

        WHEREAS, the United States Trustee having appeared by his counsel, Stan Y. Yang, Esq., at the Hearing; and

        WHEREAS, Wilmington Savings Fund Society, FSB, d/b/a Christina Trust, having appeared by its counsel, Courtney Jeanne Killelea, Esq., at the Hearing; and

        WHEREAS, 109 Ave Holding Corp. (the "Debtor") having failed to appear at the Hearing or comply with the Notice; and

        WHEREAS, it appearing that appropriate notice having been given; and

        WHEREAS, the Court further finding that it is in the "best interest" of the creditors and the estate, to dismiss this chapter 11 case, therefore it is hereby

        ORDERED, that this case commenced under chapter 11 of the Bankruptcy Code hereby is dismissed.



Dated: Central Islip, New York
      June 30, 2023

                                                      Robert E. Grossman
                                        United States Bankruptcy Judge